**Robert DRAZICK, Appellant,**

v.

**Monica PLEDGER, Respondent.**

**No. WD 62201.**

Missouri Court of Appeals,
Western District.

Jan. 18, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 1, 2005.

Phillip A. Burdick, St. Joseph, MO, for Appellant.

Randy M. Crawford, Lee's Summit, MO, for Respondent.

Before NEWTON, P.J.,
LOWENSTEIN and HOLLIGER, J.J.

*ORDER*

PER CURIAM.

Plaintiff received a verdict of judgment in his suit for negligence against the respondent. He appeals asserting improper closing argument and the verdict amount was against the weight of the evidence. Affirmed. Rule 84.16(b).